IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| SUEANNA JONES, | ) | Civil Action No. _8:25-cv-3535-JLB-AAS_ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FLORIDA RURAL LEGAL SERVICES, INC., | ) | |
| | | JURY DEMAND |
| FRLS WORKERS UNION #2 | ) | |
| | ) | |
| Defendant . | ) | |
| | ) | |
| | ) | |

DEC 29 2025 PM12:16
FILED - USDC - FLMD - TPA

## COMPLAINT

Plaintiff, Sueanna Jones, pro se, alleges the following:

1. This civil action brought pursuant to

    a.  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to
        2000e-17.

    b.  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to
        12117

    c.  Union contract violation.

## JURISDICTION AND VENUE

2. This Court has jurisdiction and supplemental jurisdiction over this action under 42 U.S.C.
   § 2000e-5(f) and 28 U.S.C. §§ 1331, 1343(a), 1345 and 1367.



3. Venue is proper in this judicial district under 42 U.S.C. § 2000e-5(f)(3) and 28 U.S.C. § 1391(b) because it is where a substantial part of the events or omissions giving rise to the cause of action herein occurred.

## PARTIES

4. Plaintiff, Sueanna Jones, former known as Sueanna Rodney, resides in Lakeland, Polk County, Florida, 1609 Crystalview Trail, Lakeland FL 33801.

5. Defendant, Florida Rural Legal Services, Inc. (FRLS), is a non-profit law-firm with corporate headquarter in 1321 E. Memorial Blvd. Suite 101, Lakeland FL 33801. With a P.O. Box 92020 Lakeland, Polk county, Florida 33804. As of December 2025, FRLS, provides services to 13 Florida counties.

6. Defendant FRLS Workers Union #2, is the Workers Union for Florida Rural Legal Services P.O. Box 92020 Lakeland, Polk county, Florida 33804.

## FACTUAL ALLEGATIONS

7. Ms. Jones, who is black, started as an intern for FRLS while she attended Florida Agriculture and Mechanical University (FAMU) law school on or about January 2021.

8. Upon graduation of law school, Ms. Jones started working as a part-time contractor for FRLS, on or about May 2021at the Lakeland office.

9. Ms. Jones was promoted, as an independent contractor, as the Acting Marketing Director, on or about September 2021.

10. On April 6, 2022, Ms. Jones signed an employment contract with FRLS for Marketing Director, with a start date of March 3, 2022.

11. On or about June 2022, Ms. Jones position changed to Outreach Director.

12. On or about December 1, 2023, Ms. Jones filed a Board complaint against the then Acting Executive Director, Lisa Boemmel who is white.

13. On March 11, 2024, Ms. Jones position was eliminated,

14. On March 7, 2024, Ms. Jones signed employment to transition to staff attorney.

15. In January 2024, Michelle Trunkett, who is white, was hired has Advocacy Director, at the time, the Lakeland office had seven attorneys of which one attorney was white.

16. When Ms. Jones was transitioned to the staff attorney position, in March 2024, she was the eighth attorney at the Lakeland office.

17. Ms. Jones direct supervisor was the Managing Attorney, who is Hispanic.

18. Ms. Jones duties, included but not limited to giving counsel and advice, and representing clients. Clients are generally screened then assigned to Ms. Jones through central intake system.

19. When Ms. Jones began working as a staff attorney, in March 2024, the Lakeland office consisted of six black attorneys, one Hispanic managing attorney, one white attorney.

20. By January 1, 2025, only one white attorney remained actively employed, and the other five black and Hispanic attorneys were no longer with company and Ms. Jones was on medical leave.

21. On or around August 2024, the Lakeland office had hired two new white staff attorneys, whereby Ms. Jones was the only black full-time staff attorney.

22. On August 19, 2024, Ms. Jones received an email from the Advocacy Director instructing her to not prepare pro se pleading or first obtain her approval.

23. On August 19, 2024, Ms. Jones email HR about the discrimination from the Advocacy Director.

24. Ms. Jones, the only black full-time staff attorney, was directed to report to Advocacy Director, instead of my managing attorney for pro se filings.

25. On about September 2024, Ms. Jones emailed HR regarding continual discrimination harassment by Advocacy Director.

26. On or about September 2024, the Advocacy Director filed a compliant with HR against Ms. Jones.

27. Ms. Jones employment evaluation has not denoted negative behaviors

28. On or about November 1, 2024, Ms. Jones went on medical leave.

29. While on medical leave, a termination letter dated March 3, 2025, was emailed to Ms. Jones which stated her termination date was February 28, 2025.

30. Ms. Jones is a union member.

31. The collective bargaining contract has specific termination procedures for union member

32. FRLS did not follow the contractual agreement when they terminated Ms. Jones.

33. On or about September 9, 2025, Ms. Jones filed an EEOC compliant charge number 511-2025-02985 (see attached Right-To-Sue letter).

## CLAIM FOR RELIEF

34. The plaintiff repeats and incorporates by reference the factual allegations set forth in paragraphs 1-33.

35. At times relevant here, Defendant discriminated against Jones on the basis of race (Black), in violation of Section 703(a) of Title VII, disability and in violation of union contract.

WHEREFORE, the United States prays that this Court grant the following relief:

a.  A. Provide make-whole relief to Jones, including backpay and to compensate her for the loss she has suffered as a result of Defendant's discriminatory conduct and violation of collective bargaining agreement alleged in this Complaint;

b.  Award Jones any prejudgment interest on the amount of lost wages and benefits determined to be due;

c.  Award damages to Jones to fully compensate her for pain and suffering caused by Defendant's discriminatory conduct alleged in this Complaint, pursuant to and within the statutory limitations of section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a; and

d.  Award such additional relief as justice may require, together with the United States' costs and disbursements in this matter.

## JURY DEMAND

36. The United States hereby demands a trial by jury of all issues so triable pursuant to Rule 38 of

37. the Federal Rules of Civil Procedure and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

Respectfully Submitted,

12/24/2025

Sueanna Jones

P.O. Box 1703

Eaton Park, FL 33840

sueannajoneslaw@gmail.com

863-225-3610



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Tampa Field Office**
501 East Polk St, Suite 1000
Tampa, FL 33602
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

**To:** Ms. Sueanna Jones
1609 Crystalview Trail
LAKELAND, FL 33801
Charge No: 511-2025-02985

EEOC Representative and email:      REGINALD CARNEGIE
INVESTIGATOR
REGINALD.CARNEGIE@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 511-2025-02985.

On behalf of the Commission,

*Tamra S. Schweiberger*   Digitally signed by Tamra
Schweiberger
Date: 2025.09.26 12:48:55 -04'00'

Tamra S. Schweiberger
Director